# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TRACY GERARD ALLEN, AIS #129732, ) | |
| Plaintiff ) | |
| v. ) | CIVIL ACTION NO. 06-0704-CB-C |
| MICHAEL FIGUA, ) | |
| Defendant, ) | |

## ORDER

On November 6, 2006, the Magistrate Judge entered a Report and Recommendation recommending that this action be dismissed pursuant to 28 U.S.C. § 1915(g) because the plaintiff is an Alabama prison inmate who has had at least three prior actions dismissed as frivolous[1] and no filing fee was paid when this action was initiated. Petitioner filed no objections to the Report and Recommendation. He did, however, submit a letter to the Clerk of Court inquiring whether he had been granted additional time to pay the filing fee. (Doc. 5.) Thereafter, petitioner began, *sua sponte*, submitting payments to the Court. (Doc. 7.) Because § 1915(g) requires prisoners who are subject to the "three strikes rule" to "pay the filing fee immediately and in full rather than on an installment plan," *Medberry v. Butler*, 185 F.3d 1189, 1193 n. 2 (11th Cir.1999), the partial payments submitted by plaintiff have no effect on the recommended dismissal of this action. The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of this Court. The Clerk of Court is hereby **directed** to refund to the plaintiff two

---

[1]The Report and Recommendations lists more than 30 prior civil actions filed in federal courts in Alabama that were dismissed as frivolous.

hundred eighty-three and no/100s ($283.00) dollars, which is the total amount of payments submitted by plaintiff in this action.

    **DONE** and **ORDERED** this the 16th day of January, 2007.

                                                *s/Charles R. Butler, Jr.*
                                               **Senior United States District Judge**